# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **STEPHANIE B. SULLIVAN** | **CASE NO. 3:19-CV-0806** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Petition for Attorney Fees [Doc. No. 22] is hereby **GRANTED**, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Stephanie Sullivan for attorneys' fees in the amount of $7,000.00 (40 hours at $175.00 per hour) plus court costs of $40.20 and postal expenses of $22.35.

MONROE, Louisiana, this 10th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE