UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STEPHANIE B SULLIVAN | CASE NO. 3:19-CV-00806 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 36] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that that the petition for attorney's fees pursuant to 42 U.S.C. § 406(b) [Doc. No. 31] filed by Alex W. Rankin, attorney for Plaintiff Stephanie Sullivan, is **GRANTED**, and that Plaintiff's counsel, Alex W. Rankin, is awarded the sum of $24,890.00, subject to counsel's obligation to refund to the client the EAJA fee award received by counsel in this matter.

MONROE, LOUISIANA, this 26th day of September, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE